IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHRISTIAN HORNBECK,                     )
                                        )   Cause No.: 4:22-cv-00345
        Plaintiff,                      )
                                        )
                                        )   Removed from the Twenty-Second
v.                                      )   Judicial Circuit Court
                                        )   St. Louis City, Missouri
ARCHDIOCESE OF ST. LOUIS,               )   Cause No. 2222-CC00244
                                        )
FR. ALEXANDER ANDERSON,                 )   JURY TRIAL DEMANDED
                                        )
ARCHBISHOP MITCHELL T. ROZANSKI,        )
In his capacity as Archbishop of the    )
Archdiocese of St. Louis and as Member  )
of the Good Shepherd Children and       )
Family Services, f/k/a Catholic Services for )
Children and Youth and St. Joseph's     )
Home for Boys,                          )
                                        )
ARCHBISHOP ROBERT CARLSON,              )
Individually and in his capacity as     )
Archbishop of St. Louis and as Member of )
Catholic Charities of St. Louis and as  )
Member of the Good Shepherd Children and )
Family Services, f/k/a Catholic Services for )
Children and Youth and St. Joseph's     )
Home for Boys,                          )
                                        )
GOOD SHEPHERD CHILDREN AND              )
FAMILY SERVICES, f/k/a Catholic         )
Services for Children and Youth and     )
St. Joseph's Home for Boys,             )
                                        )
CATHOLIC CHARITIES OF ST. LOUIS,        )
as the Sole of Good Shepherd Children   )
and Family Services, f/k/a Catholic Services )
for Children and Youth and              )
St. Joseph's Home for Boys,             )
                                        )
SISTERS OF ST. JOSEPH OF                )
CARONDELET, ST. LOUIS PROVINCE,         )
                                        )
        Defendants.                     )

## NOTICE OF REMOVAL

COMES NOW Defendant Sisters of St. Joseph of Carondelet, St. Louis Province ("Sisters of St. Joseph"), and hereby gives notice of the removal of this action from the Circuit Court of the City of St. Louis, State of Missouri, to the United States District Court for the Eastern District of Missouri, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446

1.     On February 10, 2022, Plaintiff filed this action in the Circuit Court of the City of St. Louis, State of Missouri, Case No. 2222-CC00244.

2.     Pursuant to 28 U.S.C § 1446(a), a true and correct copy of the state court case file is attached hereto as **Exhibit A** and incorporated herein by reference.  Exhibit A includes all process and pleadings filed in this case.

3.     The Sisters of St. Joseph was served with the Petition and Summons in this case on February 25, 2022.

4.     This Notice of Removal was timely filed.  See 28 U.S.C. § 1446(b)(2) (stating that each defendant has 30 days after receipt by or service on that defendant of the initial pleading or summons to file a notice of removal).

5.     The Sisters of St. Joseph has not filed any responsive pleadings or other papers in the state court.

6.     This Notice of Removal is being filed in the United States District Court for the district in which the action is currently pending pursuant to 28 U.S.C. § 1441(a).

7.     This action may be removed to this Court because federal question jurisdiction exists over this dispute pursuant to 28 U.S.C. § 1331.

8.     Plaintiff pleads that his claims arise under "Missouri common law and Federal law under 42 U.S.C. § 1983."  (Compl. ¶ 8.)

9.      Plaintiff alleges federal civil rights violations pursuant to 42 U.S.C. § 1983, and the regulations promulgated thereunder.  (See, e.g., Compl. ¶¶ 158-184.)

10.      "[A]lmost by definition, a claim under § 1983 arises under federal law and will support federal-question jurisdiction pursuant to [28 U.S.C.] § 1331."  Convent Corp. v. City of N. Little Rock, Ark., 784 F.3d 479, 483 (8th Cir. 2015).  Therefore, this action is one over which this Court has original jurisdiction under § 1331 and is one which may be removed pursuant to 28 U.S.C. § 1441.

11.      The Sisters of St. Joseph will promptly give written notice of the filing of this Notice of Removal to Plaintiff, and a copy of this Notice will be filed with the clerk of the state court as required by 28 U.S.C. § 1446(d).

12.      The only other Defendant who has been properly joined and served is Fr. Alexander Anderson, who accepted service on February 28, 2022, and who consents to the removal of this action.

WHEREFORE, the Sisters of St. Joseph hereby remove this proceeding from the Circuit Court of the City of St. Louis, State of Missouri, to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and request that this Court take jurisdiction of this civil action to the exclusion of any further proceedings in state court.

Respectfully submitted,

Dated: March 24, 2022                    GREENSFELDER, HEMKER & GALE, P.C.


By:  /s/ David P. Niemeier
     David P. Niemeier, No. 50969 MO
     dpn@greensfelder.com
     Amy C. Moorkamp, No. 71087 MO
     amoorkamp@greensfelder.com
     10 South Broadway, Suite 2000
     St. Louis, Missouri 63102
     Telephone: (314) 241-9090
     Facsimile: (314) 241-8624

     *Attorneys for Defendant Sisters of St. Joseph of*
     *Carondelet, St. Louis Province*


## CERTIFICATE OF SERVICE

The undersigned certifies that on this 24th day of March, 2022, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system and by email upon all counsel of record.

Ms. Rebecca M. Randles
Randles Mata, LLC
851 NW 45th Street, Suite 310
Kansas City, Missouri 64116
rebecca@randlesmatalaw.com

*Attorney for Plaintiff*

Mr. Ryan M. Prsha
Ms. Ryann C. Carmody
Carmody MacDonald, PC
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
rmp@carmodymacdonald.com
rcc@carmodymacdonald.com

*Attorneys for Fr. Alexander Anderson*


     /s/ David P. Niemeier

4871-8455-6824

4